UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BRITTNEY REYNOSO, individually and on
behalf of others similarly situated,

          Plaintiff,

vs.

DREAMLAND SECURITY SERVICES INC.
and MARVIS ERHUNMWUNSE,

          Defendants.

-----------------------------------------------------------------X

Civil Case No.: 23-cv-2258 (JGLC)

## **JUDGMENT**

WHEREAS, Plaintiff BRITTNEY REYNOSO, filed a complaint against Defendants, DREAMLAND SECURITY SERVICES INC. and MARVIS ERHUNMWUNSE, on March 16, 2023, alleging violations of the Fair Labor Standards Act and New York Labor Law;

WHEREAS, Defendants DREAMLAND SECURITY SERVICES INC. and MARVIS ERHUNMUNSE made an offer of judgment to Plaintiff, pursuant to Federal Rule of Civil Procedure 68, on October 11, 2023;

WHEREAS, the Plaintiff accepted the offer of judgment and filed a notice of the acceptance on October 12, 2023;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendants, DREAMLAND SECURITY SERVICES INC. and MARVIS ERHUNMUNSE, jointly, severally, inclusive of attorneys' fees and costs in favor of Plaintiff BRITTNEY REYNOSO, in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00). IT IS SO ORDERED.

This _____ day of _____, 2023

_____
Clerk of Court